**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>WILLIAM A. MAKAREWICZ,<br><br>Debtor. | Chapter 7<br><br>Case No. 24-13028 (AMC) |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

TruMark Financial Credit Union has filed a motion for an order granting relief from the automatic stay pursuant to 11 U.S.C. § 362(d) and a waiver of the fourteen (14) day stay of such an order pursuant to Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before fourteen (14) days from the date of this notice, you or your attorney must do <u>all</u> of the following:

   (a) file an answer explaining your position at

   United States Bankruptcy Court
   900 Market Street, Suite 400
   Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   (b) mail a copy to the movant's attorney:

   Corinne Samler Brennan, Esquire
   Klehr Harrison Harvey Branzburg LLP
   1835 Market Street, Suite 1400
   Philadelphia, PA 19103
   T: (215) 569-3393
   F: (215) 569-6603

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

PHIL1\11128697.v1

3. A hearing on the motion is scheduled to be held telephonically before the Honorable Ashely M. Chan on October 2, 2024 at 12:30 p.m. Participants must make appearances by dialing 877-873-8017 and entering Access Code 3027681. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's Office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: September 6, 2024

PHIL1\11128697.v1