**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 7 |
| WILLIAM A. MAKAREWICZ, | Case No. 24-13028 (AMC) |
| Debtor. | |

**CERTIFICATE OF NO OBJECTION TO THE MOTION OF
TRUMARK FINANCIAL CREDIT UNION FOR AN ORDER GRANTING RELIEF
FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362(d) AND A
WAIVER OF THE FOURTEEN-DAY STAY OF SUCH ORDER**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion of TruMark Financial Credit Union for an Order Granting Relief from the Automatic Stay Under U.S.C. § 362(d) and a Waiver of the Fourteen-Day Stay of Such Order (the "Motion") filed on September 6, 2024, at Docket No. 12 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and that no answer, objection, or other responsive pleading to the Motion appears thereon.  It is respectfully requested that the Order attached to the Motion be entered by the Court.

KLEHR | HARRISON | HARVEY|
BRANZBURG LLP

By:    */s/Corinne Samler Brennan*
Corinne Samler Brennan, Esquire
1835 Market Street, Suite 1400
Philadelphia, PA  19103
Telephone: (215) 569-3393

*Counsel to TruMark Financial Credit Union*

Dated: September 23, 2024

11147308.v1