Certificate Number: 03088-PAE-DE-038988240

Bankruptcy Case Number: 24-13028



03088-PAE-DE-038988240

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 22, 2024, at 12:10 o'clock AM CDT, William A Makarewicz completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   October 22, 2024                          By:     /s/Doug Tonne

                                                 Name:   Doug Tonne

                                                 Title:   Counselor